UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

IN RE:

THOMAS E. VOGT, JR.                                    Chapter 13
                                                       Case No. 09-13775

                                              Debtor.

---

## MODIFIED PLAN

---

THOMAS E. VOGT, JR. , the Debtor herein, hereby modifies his Chapter 13 Plan (the

"Plan") pursuant to 11 U.S.C. §1329 as follows:

1.      To waive any default in Chapter 13 Plan payments through April 2010, with

payments to resume in May 2010.  The Debtor would like to use his 2009 Federal Income Tax

Refund, in the amount of $8,138.00, to purchase a used vehicle for transportation.

2.      The term of the Plan, the monthly Plan payment and the dividend to be paid to

unsecured creditors shall remain unchanged.

# DECLARATION

(The penalty for making a false statement of concealing property is a fine of

up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 3571.)

I, THOMAS E. VOGT, JR. , named as the Debtor in this case, declare under penalties of

perjury that I have read the foregoing Modified Plan, consisting of two (2) sheets (including this

declaration), and that it is true and correct to the best of my knowledge, information and belief.

DATED:      April 2, 2010                    /s/  Thomas E. Vogt, Jr.

                                             Thomas E. Vogt, Jr.